Submitted on record and brief May 30, reversed and remanded for resentencing June 20, 1978

STATE OF OREGON, *Respondent,*

*v.*

DEAN VINCENT PALMER, *Appellant.*

(No. C 75-10-3446 Cr, CA 9479)

579 P2d 1308

Gary D. Babcock, Public Defender, and Robert C. Cannon, Deputy Public Defender, Salem, filed the brief for appellant.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes that under *State v. Wright,* 31 Or App 1213, 572 P2d 361 (1977), and *State v. Stevens,* 253 Or 563, 456 P2d 494 (1969), it was error to impose a consecutive sentence.

Reversed and remanded for resentencing.